|   |   |
|---|---|
| UNIVERSITY OF WASHINGTON et al., | CASE NO. 2:24-cv-01872-LK |
| Plaintiffs, | ORDER REQUIRING JOINT STATUS REPORT |
| v. |   |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., |   |
| Defendants. |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report (the "Report") by March 3, 2025. This conference shall be by direct and personal communication, whether that be an in-person or virtual meeting or a telephonic conference. The Report will be used to set a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

    1.    A proposed deadline for joining additional parties.

    2.    The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule

MJR 13 to conduct all proceedings. The Western District of Washington assigns a wide range of cases to Magistrate Judges. The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court. Additional information about our district's Magistrate Judges can be found at www.wawd.uscourts.gov. The parties should indicate whether they agree that the Honorable Michelle L. Peterson may conduct all proceedings including trial and the entry of judgment. When responding to this question, the parties should only respond "yes" or "no." Individual party responses should not be provided. A "yes" response should be indicated only if all parties consent. Otherwise, a "no" response should be provided.

3. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in FRCP 26(f)(3), which includes the following topics:

   (A) subjects, timing, and potential phasing of discovery;

   (B) electronically stored information;

   (C) privilege issues;

   (D) proposed limitations on discovery; and

   (E) the need for any discovery related orders.

4. If the parties believe this matter may be resolved by way of dispositive motions, the parties' proposed briefing schedule.

5. The date by which discovery can be completed.

6. The date the case will be ready for trial. The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

ORDER REQUIRING JOINT STATUS REPORT - 2

7. The number of trial days required.

8. The names, addresses, and telephone numbers of all trial counsel.

9. The dates on which trial counsel may have conflicts or complications to be considered in setting a trial date.

10. Whether any party wishes to have a scheduling conference before the Court enters a scheduling order in the case.

11. A certification that all counsel and any *pro se* parties have reviewed Judge King's Chambers Procedures, the Local Rules, General Orders, and the applicable Electronic Filing Procedures.

12. A certification that all counsel and any *pro se* parties have reviewed and complied with Judge King's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed. If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Natalie Wood, Courtroom Deputy, at Natalie_Wood@wawd.uscourts.gov.

The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

Dated this 6th day of January, 2025.

Lauren King
United States District Judge

ORDER REQUIRING JOINT STATUS REPORT - 3