District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF WASHINGTON, a
Washington state agency; THE CENTER
FOR HUMAN RIGHTS AT THE
UNIVERSITY OF WASHINGTON, a
research center created by state law; and
ANGELINA GODOY, director of the Center,

                  Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                  Defendants.

Case No. 2:24-cv-01872-LK

JOINT STATUS REPORT

**JOINT STATUS REPORT**

1.     A proposed deadline for joining additional parties.

    a.   Response: The parties do not intend to join additional parties.

2.     The parties have the right to consent to assignment of this case to a full time

United State Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Local Rule MJR 13, to

conduct all proceedings.  The Western District of Washington assigns a wide range of cases to

JOINT STATUS REPORT
2:24-cv-01872-LK - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007

Magistrate Judges.  The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court.  Additional information about our district's Magistrate Judges can be found at www.wawd.uscourts.gov.  The parties should indicate whether they agree that the Honorable Michelle L. Peterson may conduct all proceedings including trial and the entry of judgment.  When responding to this question, the parties should only respond "yes" or "no."  Individual party responses should not be provided.  A "yes" response should be indicated only if all parties consent.  Otherwise, a "no" response should be provided.

  a. Response:  No

3. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

  (A) subjects, timing, and potential phasing of discovery;

  (B) electronically stored information;

  (C) privilege issues;

  (D) proposed limitations on discovery; and,

  (E) the need for any discovery related orders.

  a. Response:  Because this is a FOIA case, there will be no discovery.

4. If the parties believe this matter may be resolved by way of dispositive motions, the parties' proposed briefing schedule.

  Response:  The parties propose the following schedule for dispositive motions

- April 25, 2025 – ICE will provide to Plaintiffs a draft declaration in support of anticipated motion for summary judgment, following which the parties will meet and confer to narrow issues for summary judgment resolution.
- May 23, 2025 – ICE will file its motion for summary judgment
- June 27, 2025 – Plaintiffs will file their opposition
- July 11, 2025 – ICE will file its reply

JOINT STATUS REPORT
2:24-cv-01872-LK - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007

5.    The date by which discovery can be completed.

    a.    Response:  Not applicable in this FOIA case.

6.    The date the case will be ready for trial.  The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

    a.    Response:  Not applicable in this FOIA case.

7.    The number of trial days required.

    a.    Response:  Not applicable in this FOIA case.

8.    The names, addresses, and telephone numbers of all trial counsel.

> Katie D. Fairchild
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: 206-553-7970
>
> Thomas R. Burke, (*Pro Hac Vice*)
> Ambika Kumar, WSBA #38237
> DAVIS WRIGHT TREMAINE LLP
> 920 Fifth Avenue, Suite 3300
> Seattle, Washington 98104-1610
> Telephone:  (206) 622-3150
> thomasburke@dwt.com
> ambikakumar@dwt.com

9.    The dates on which trial counsel may have conflicts or complications to be considered in setting a trial date.

    a.    Response:  Not applicable in this FOIA case.

10.    Whether any party wishes to have a scheduling conference before the Court enters a scheduling order in the case.

    a.    Response: No

JOIN STATUS REPORT
2:24-cv-01872-LK - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007

11. A certification that all counsel and any *pro se* parties have reviewed Judge King's Chambers Procedures, the Local Rules, General Orders, and the applicable Electronic Filing Procedures.

    a. Response: Counsel certify they have reviewed Judge King's Standing Order for all Civil Cases, Dkt. 5; the Local Rules, General Orders, and the applicable Electronic Filing Procedures.

12. A certification that all counsel and any *pro se* parties have reviewed and complied with Judge King's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges.

    a. Counsel certify they have read and complied with the Order, Dkt. 4.

DATED this 7th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

DAVIS, WRIGHT & TREMAINE, LLP

*s/ Thomas R. Burke*
THOMAS R. BURKE, *Pro Hac Vice*

JOINT STATUS REPORT
2:24-cv-01872-LK - 4

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007

50 California Street, 23rd Floor
San Francisco, CA 94111
Phone: 415-276-6552
Fax:    415-489-9052
Email: thomasburke@dwt.com

AMBIKA KUMAR, WSBA No. 38237
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 622-3150
Email: ambikakumar@dwt.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT
2:24-cv-01872-LK - 5

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007