UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | CASE NO. 2:24-cv-01872-LK <br><br> ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES |

This matter comes before the Court on the parties' stipulated motion to stay the deadlines for the parties' cross-motions for summary judgment in this Freedom of Information Act ("FOIA") case. Dkt. No. 22. The parties ask that all briefing deadlines be stayed for a period of 60 days while they attempt to resolve this dispute. *Id.* at 1–2. For the reasons explained below, the motion is granted.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order

ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES - 1

a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). A stay is appropriate here based on the nature of the upcoming case deadlines: a resolution would moot the need for the parties to file their cross-motions for summary judgment. A stay will not cause any damage, nor any hardship or inequity to any party, and will promote the orderly course of justice.

The Court thus GRANTS the parties' motion. Dkt. No. 22. All upcoming case deadlines in the Court's briefing schedule, Dkt. No. 21, are stayed for 60 days. At the conclusion of the 60-day period, the parties must file a joint status report.

Dated this 24th day of June, 2025.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES - 2