District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:24-cv-01872-LK<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

The parties jointly submit this status report pursuant to this Court's order, Dkt. 23, and following a brief stay in which they endeavored to reach a resolution in this Freedom of Information Act (FOIA) litigation. As further identified below, the parties have reached an agreement in principle to resolve part of Plaintiffs' FOIA request, and jointly propose a 60-day stay so that they may continue to work in good faith to try and resolve the remaining issues. In

JOINT STATUS REPORT
2:24-cv-01872-LK - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

particular:

1. Generally, Plaintiffs FOIA requests seeks three types of records that total many thousands of documents: (1) certain I-213 forms; (2) certain Significant Incident Reports (SIR); and (3) certain Segregation Review Management System reports (SRMS).

2. In light of the volume of records and data that the FOIA request seeks, and considering Plaintiffs' interest in seeking a quicker continuing release of such information, the parties are working to reach an agreement on a process for releasing negotiated spreadsheets of non-exempt information.

3. At this time, the parties have reached an agreement in principle for release of the SRMS data, which ICE is working to execute. ICE will release the SRMS data from September 1, 2023 to the date of collection by approximately September 15. ICE will make quarterly releases of SRMS data going forward for the next two years.

4. So that the parties may continue this process to reach an agreement on the remaining parts of the FOIA request, and in an effort to conserve both Court and party resources, the parties agree and propose another brief 60-day stay and are hopeful that they will complete any agreement within this time period.

5. In addition, Plaintiffs have indicated that they intend to request attorney's fees in connection with this litigation, and the parties intend to negotiate in good-faith to see if they can reach an agreement on this issue as well.

DATED this 22nd day of August, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

JOINT STATUS REPORT
2:24-cv-01872-LK - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*


DAVIS, WRIGHT & TREMAINE, LLP

*s/ Thomas R. Burke*
THOMAS R. BURKE, *Pro Hac Vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Phone: 415-276-6552
Fax:    415-489-9052
Email: thomasburke@dwt.com

AMBIKA KUMAR, WSBA No. 38237
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com

*Attorneys for Plaintiffs*

JOUNT STATUS REPORT
2:24-cv-01872-LK - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007