1

2

3

4

5

6

District Judge Lauren King

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

THE UNIVERSITY OF WASHINGTON, a
Washington state agency; THE CENTER
FOR HUMAN RIGHTS AT THE
UNIVERSITY OF WASHINGTON, a
research center created by state law; and
ANGELINA GODOY, director of the Center,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Defendants.

Case No. 2:24-cv-01872-LK

JOINT STATUS REPORT

18

19

**JOINT STATUS REPORT**

20

21

22

23

24

The parties jointly submit this status report pursuant to this Court's order, Dkt. 26, and following a stay in which they endeavored to reach a resolution in this Freedom of Information Act (FOIA) litigation. As previously identified to the Court, the parties earlier reached an agreement in principle to resolve part of the Plaintiffs' FOIA request and were endeavoring to reach an agreement for the remainder.

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

1    At this time, the parties believe that they have reached a tentative agreement in principle

2  for resolving the remainder of Plaintiffs' FOIA request, however, the parties are still working

3  through certain questions and details before they may reach a final agreement. ICE has proposed

4  to provide a sample release by December 31, 2025, following which the parties hope to meet and

5  confer and finalize their agreement and avoid substantive motions practice in this litigation.

6  Additionally, Plaintiffs have indicated that they intend to request attorney's fees in connection with

7  this litigation, and the parties intend to negotiate in good faith to see if they can reach an agreement

8  on this issue as well.

9    The parties jointly stipulate that there is good cause for a 60-day stay for the purpose of

10  endeavoring to reach a resolution of these issues and potentially resolve this case. The parties

11  therefore respectfully request that this Court stay this litigation for 60 days, following which the

12  parties will provide this Court with a joint status report.

13

14

15    DATED this 16th day of December, 2025.

16                    Respectfully submitted,

17                    CHARLES NEIL FLOYD
                      United States Attorney

18
                      *s/ Katie D. Fairchild*
19                    KATIE D. FAIRCHILD, WSBA No. 47712
                      Assistant United States Attorney
20                    United States Attorney's Office
                      700 Stewart Street, Suite 5220
21                    Seattle, Washington 98101-1271
                      Phone: 206-553-7970
22                    Fax: 206-553-4073
                      Email: katie.fairchild@usdoj.gov
23
                      *Attorneys for Defendants*
24

JOIN STATUS REPORT                          **UNITED STATES ATTORNEY**
2:24-cv-01872-LK - 2                        700 STEWART STREET, SUITE 5220
                                            SEATTLE, WASHINGTON 98101-1271
                                            206-553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DAVIS, WRIGHT & TREMAINE, LLP

*s/ Thomas R. Burke*
THOMAS R. BURKE, *Pro Hac Vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Phone: 415-276-6552
Fax:    415-489-9052
Email: thomasburke@dwt.com

AMBIKA KUMAR, WSBA No. 38237
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 622-3150
Email: ambikakumar@dwt.com

*Attorneys for Plaintiffs*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

1

**ORDER**

2        The parties having stipulated.  It is so ORDERED.

3

4        DATED this _____day of December, 2025.

5

6                                                  _____

                                                   LAUREN KING
7                                                  United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24