District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:24-cv-01872-LK<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

The parties jointly submit this status report pursuant to this Court's order, Dkt. 28, and following a stay in which they endeavored to reach a resolution in this Freedom of Information Act (FOIA) litigation. As previously identified to the Court, the parties earlier reached an agreement to resolve part of the Plaintiffs' FOIA request concerning SRMS data, *see* Dkt. 24 ¶ 3, and were endeavoring to reach an agreement for the remainder.

JOINT STATUS REPORT
2:24-cv-01872-LK - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

As indicated in the previous report to the Court, Dkt. 27, the parties were working towards a tentative agreement and proposed to make a sample release of I-213 data to see if they could reach an agreement. Plaintiffs contend that the parties reached a binding agreement. However, following release of the sample I-213 data, ICE determined that this solution is unworkable and unduly burdensome for ICE. ICE has proposed an alternative, and released to Plaintiffs a spreadsheet of certain I-213 data from 2021 through 2025. Plaintiffs note that the I-213 data released by ICE lack the "narrative" portion of the form, which Plaintiffs have consistently emphasized was essential.

Plaintiffs have asked ICE to reconsider earlier discussed proposals that would provide a rolling production of I-213 data (including narratives) to address ICE's concerns about volume. The parties jointly ask for one more opportunity to try and reach a resolution and/or narrow the issues in dispute. Therefore, the parties submit that there is good cause for a brief extension.[1] On or before the end of February 27, 2026, the parties propose to file a joint status report with the court memorializing any issues that have been settled and resolved by agreement and identifying those issues for which motions practice is needed and a proposed briefing schedule for cross-motions for summary judgment.

//
//
//
//
//
//
//

---

[1] It is expected that the current lase in appropriations for the Department of Homeland Security will have some impact on ICE, the full extent of which is currently unknown. ICE will update Plaintiffs and this Court as needed.

JOINT STATUS REPORT
2:24-cv-01872-LK - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

DATED this 17th day of February, 2026.

        Respectfully submitted,

        *s/ Katie D. Fairchild*
        KATIE D. FAIRCHILD, WSBA No. 47712
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4073
        Email: katie.fairchild@usdoj.gov

        *Attorneys for Defendants*

        DAVIS WRIGHT TREMAINE LLP

        *s/ Thomas R. Burke*
        THOMAS R. BURKE, *Pro Hac Vice*
        50 California Street, 23rd Floor
        San Francisco, CA 94111
        Phone: 415-276-6552
        Fax:    415-489-9052
        Email: thomasburke@dwt.com

        AMBIKA KUMAR, WSBA No. 38237
        920 Fifth Avenue, Suite 3300
        Seattle, Washington 98104-1610
        Telephone: (206) 622-3150
        Email: ambikakumar@dwt.com

        *Special Assistant Attorneys General for Plaintiffs*

JOINT STATUS REPORT
2:24-cv-01872-LK - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The parties having stipulated.  It is so ORDERED.

DATED this _____ day of February, 2026.

_____
LAUREN KING
United States District Court Judge

JOINT STATUS REPORT
2:24-cv-01872-LK - 4

**UNITED STATES ATTORNEY**
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101-1271
206-553-7970