The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Case No. 2:24-cv-01872-LK

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Defendants United States Immigration and Customs Enforcement and United States Department of Homeland Security, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter their appearance by and through the undersigned attorney of record.

You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon Defendants by serving the undersigned

NOTICE OF APPEARANCE
2:24-cv-01872-LK - 1

attorney at the address stated below.

DATED this 30th day of March, 2026.

Respectfully submitted,

s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

*Attorney for Defendants*

NOTICE OF APPEARANCE
2:24-cv-01872-LK - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970